NICHOLAS KOBTZEFF, Appellant, v. ARNOLD REUBEN, INC., et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Bill of particulars to be served within ten days after service of the order. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

ANNA C. ANDERBERG, Individually and as Administratrix of the Estate of WILLIAM O. ANDERBERG, Deceased, v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [See 269 App. Div. 640.]

HAROLD E. HAMBLEN, INC., v. TECHNICAL PRECISION CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Callahan and Peck, JJ. [See 269 App. Div. 1029.]

GEORGE W. HARTMANN v. WALTER WINCHELL.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See 269 App. Div. 1029.]

HERMAN ACKMAN et al., Copartners Doing Business under the Name of ACKMAN BROTHERS, v. DEEMS TAYLOR, as President of American Society of Composers, Authors and Publishers, an Unincorporated Association.— Motion for leave to appeal to the Court of Appeals granted; question certified. Present — Martin, P. J., Townley, Callahan and Peck, JJ. [See 269 App. Div. 1025.]

RAILROAD FEDERAL SAVINGS AND LOAN ASSOCIATION v. 441 LEXINGTON AVENUE, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See 269 App. Div. 1013.]

CHARLES V. PATERNO v. ROBERT J. EAGAR.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn and Peck, JJ. [See ante, p. 178.]

ERNEST M. HIGH v. CHARLES PRITZKER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs, and stay vacated. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See 269 App. Div. 1015.]

LEE ADELSON et al. v. GEORGE DREYMAN et al. and MICHAEL J. KODARAS.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Dore and Callahan, JJ. [See 269 App. Div. 980.]

HOWARD S. TIERNEY, INC., et al., v. DARWIN R. JAMES, JR.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See 269 App. Div. 348.]

DAVID WERTH et al. v. DAVID GORDON et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Callahan and Peck, JJ. [See ante, p. 255.]

MAYER MESSINGER v. GREAT HUDSON FUR Co., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs, with leave to the defendant to answer the complaint herein within ten days after service of the order with notice of entry thereof, on payment of said costs and the costs awarded by the order of this court entered December 14, 1945. Present — Martin, P. J., Townley, Dore and Cohn, JJ. [See ante, p. 168.]